Prob 22 (Rev. 01/2024)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864 0:21CR00159-001(MJD) |
| DOCKET NO. (Receiving Court) | |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Cody Lennell Taylor | MINNESOTA | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Michael J. Davis |

| DATES OF TSR SUPERVISION | FROM 4/11/2025 | TO 4/10/2028 |
|---|---|---|

**OFFENSE**

Felon in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment opportunities, violation of supervision)

Mr. Taylor has stable housing, family support and employment within the Western District of Tennessee. Mr. Taylor does not plan to return to the District of Minnesota.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>Western District Of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| September 30, 2025 | s/Michael J. Davis |
|---|---|
| Date | United States District Judge |
| | Honorable Michael J. Davis |

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

| 10/2/2025 | s/Thomas L. Parker |
|---|---|
| Effective Date | United States District Judge |